**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

v.                                          NO. 4:16CR00233-02 JLH

ROBERT LAMONT BROWN                                                                                       DEFENDANT

**ORDER**

Robert Lamont Brown has filed a motion to appeal the detention order entered by the magistrate judge. The review is *de novo* under 18 U.S.C. § 3145(b). The Court orders the government to respond to the motion on or before November 23, 2016, and state whether it wishes to present additional evidence. The defendant's reply will be due on November 30, 2016, and should state whether the defendant wishes to present additional evidence. If either party wishes to present additional evidence, the Court will schedule a hearing.

IT IS SO ORDERED this 16th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE